[No. 20037-6-II.    Division Two.    September 19, 1997.]

DAVID L. SMITH, *Appellant*, v. THE WEYERHAEUSER COMPANY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pacific County, No. 94-2-00292-1, Joel M. Penoyar, J., entered October 19, 1995. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 20162-3-II.    Division Two.    September 19, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID PAUL LOCKLIN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 95-1-00904-2, Thomas L. Lodge, J., entered November 27, 1995. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, A.C.J., and Seinfeld, J.

[No. 20257-3-II.    Division Two.    September 19, 1997.]

*In the Matter of the Marriage of* LEROY BRUCE HAGE, *Respondent,* and ELYCE K. HAGE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 94-3-00240-1, James E.F.X. Warme, J., entered November 28, 1995. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, A.C.J., and Morgan, J.

[No. 20271-9-II.    Division Two.    September 19, 1997.]

HELEN CALL, *Appellant*, v. THE CARRIAGE HOUSE RESTAURANT OF LONGVIEW, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 94-2-00418-3, Don L. McCulloch, J., entered December 5, 1995. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Armstrong, JJ.